

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

February 16, 2021

**VIA ECF**
Hon. Judge John G. Koeltl
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

```
The conference is adjourned to March 18, 2021
at 2:30 p.m.

SO ORDERED.

New York, New York  /s/ John G. Koeltl
February 16, 2021   John G. Koeltl, U.S.D.J.
```

Re:  Romero v. Polaroid America Corp..; Case No: 1:20-cv-09219-JGK

Dear Judge Koeltl,

    The undersigned represents Plaintiff Josue Romero (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for February 16, 2021 at 3:30 p.m. It is now February 16, 2021 and Defendant has yet to appear. Defendants answer was due January 26, 2021. Plaintiff has been in contact with Counsel for Defendant who explained they are in the process of being retained. However, no contact has been made today and the undersigned is requesting a 30-day adjournment of the conference. Counsel for Plaintiff apologizes for not timely requesting the adjournment and will be more timely going forward.

    Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.